United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH WOODS,<br>Plaintiff,<br>v.<br>SSA COMMISSIONER,<br>Defendant. | Case No. 26-cv-12581-LJC<br><br>**ORDER SETTING HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Re: ECF No. 2 |

Plaintiff has filed a motion for a temporary restraining order. ECF No. 2. A hearing on the motion is **SET** for October 30, 2026 at 2:00 pm via Zoom.[1] Defendant's deadline to file a response to the motion is October 30, 2026 at 11:00 am. Defendant's response shall not exceed five pages, excluding any exhibits containing evidence concerning the status of the at-issue payments or any other factual information connected with their response.

**IT IS SO ORDERED.**

Dated: October 29, 2026

LISA J. CISNEROS
United States Magistrate Judge

[1] All parties in this action have consented to magistrate judge jurisdiction. 28 U.S.C. 636(c)(1).